FILED

03/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0357

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 21-0357

CASCADE COUNTY,

     Appellant,

v.

MONTANA PETROLEUM TANK RELEASE COMPENSATION BOARD,

     Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee Montana Petroleum Tank Release Compensation Board's (Board) motion for a 30-day extension of time, and good cause appearing, Appellee Board is granted an extension of time to and including May 11, 2022, within which to prepare, serve, and file its response.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 28 2022